UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.  1:20-cr-00296-JPB-AJB-1

DARRELL THOMAS

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

By direction of the Honorable J. P. Boulee, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on **September 15 at 1:00 PM** in **Courtroom 1908**, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303, for imposition of sentence.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900)

DATE: June 16, 2021                        JAMES N. HATTEN, CLERK

                                           s/ Brittney Walker
                                           Courtroom Deputy Clerk

Received by Defendant: _____

Received by Counsel: _____

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney contact Brittney Walker at (404) 215-1414, Brittney_Walker@gand.uscourts.gov.

**X** Plea          ☐ Trial              ☐ Nolo            ☐ Negotiated Plea
☐ Bond             ☐ Federal Custody    ☐ State Custody   ☐ USM Custody

cc:   **X** Clerk's Office       **X** U.S. Attorney        **X** U.S. Marshal
      **X** Defendant            **X** Defense Counsel      **X** U.S. Probation