IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRELL THOMAS | CRIMINAL ACTION NO.<br><br>1:20-CR-00296-JPB-AJB |

### CONSENT PRELIMINARY ORDER OF FORFEITURE

Darrell Thomas having pleaded guilty to counts One and Eighteen of the Criminal Indictment, pursuant to which the United States sought forfeiture of certain property under 18 U.S.C. §§ 982(a)(1) and 982(2), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, that the Government has established the requisite nexus between said property and the offenses charged in Counts One and Eighteen the Criminal Indictment and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to him, being made a part of his sentence and being included in the judgment against him;

IT IS HEREBY ORDERED that Darrell Thomas shall forfeit to the United States the following property pursuant to 18 U.S.C. §§ 982(a)(1) and 982(a)(2):

- $341,151.47 in funds seized from Bank of America account number XXXXXX3940 held in the name of Bellator Phront Group, LLC.
- $1,113,113.97 in funds seized from Bank of America account number XXXXXX4823 held in the name of Elite Executive Services, Inc.

- $536,875.00 in funds seized from Bank of America account number XXXXXX8102 held in the name of Bellator Phront Group, Inc.
- $131,610.00 in United States currency.
- 2018 Land Rover Range Rover Autobiography, VIN SALGW2SE2JA503793.
- 2018 Mercedes Benz S-Class S65 AMG, VIN WDDUG7KB5JA408046.
- 2017 Acura NSX, VIN 19UNC1B08HY000536.
- Men's yellow gold Rolex with diamond bezel and dial.
- 18K yellow gold Cuban link necklace with diamonds in clasp.
- 18K yellow gold Cuban link bracelet with diamonds in clasp.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their

receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant but remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

SO ORDERED this _____ day of _____, 2021.

_____
J. P. BOULEE
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Tal Chaiken
Tal Chaiken
Assistant United States Attorney


Consented to:

_____
Benjamin Black Alper
Attorney for Defendant
Georgia Bar No. 940406
Law Offices of Weintraub & Alper, PC
1355 Peachtree Street N.E.
Ste. 1250
Atlanta, GA 30309
(404) 892-2000
alper@howardjweintraubpc.com